[No. 16337-7-III.   Division Three.   February 10, 1998.]

ROBERT L. ALLEN, *individually and as guardian,*
*Appellant,* v. MOLERWAY FREIGHTLINES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-02996-1, Harold D. Clarke, J.,
entered December 17, 1996. *Affirmed in part* and *reversed
in part* by unpublished opinion per Sweeney, J., concurred
in by Kurtz, A.C.J., and Kato, J.

[No. 16413-6-III.   Division Three.   February 10, 1998.]

MICHAEL H. SULLIVAN, ET AL., *Respondents,* v. MICHAEL
PURVIS, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 96-2-00224-7, Larry M. Kristianson, J.,
entered January 7, 1997. *Reversed* by unpublished opinion
per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.
Now published at 90 Wn. App. 456.

[No. 19672-7-II.   Division Two.   February 13, 1998.]

CLYDE S. BECK, JR., *Appellant,* v. FARMERS INSURANCE
COMPANY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-06167-8, Donald H. Thompson, J., entered
June 9, 1995. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 21150-5-II.   Division Two.   February 13, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY R.
BLAIR, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 96-8-00341-7, Richard Brosey, J. Pro Tem.,
entered September 12, 1996. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Seinfeld and Arm-
strong, JJ.